ACCEPTED
01-15-00952-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 2:23:56 PM
CHRISTOPHER A. PRINE
CLERK

**NO. 1059909**

| | | |
|---|---|---|
| **APPLIED** | § | **IN THE COUNTY CIVIL COURT** |
| **NANOFLUORESCENCE, LLC** | § | |
| **Plaintifff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. 2** |
| | § | |
| **ATOM NANOELECTRONICS, INC.** | § | |
| **and KRIS SMOLINSKI** | § | |
| **Defendants.** | § | **HARRIS   COUNTY,   TEXAS** |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/30/2015 2:23:56 PM
CHRISTOPHER A. PRINE
Clerk

### NOTICE OF INTERLOCUTORY APPEAL

Defendants Atom Nanoelectronics, Inc. and Kris Smolinski give notice of their intent to appeal, pursuant to Tex. Civ. Prac. & Rem. Code § 51.014(a)(7), the trial court's October 20, 2015 order denying their special appearance. This is an accelerated appeal. Tex. R. App.P. 28.1. This appeal is taken to the First or Fourteenth Court of Appeals in Houston, Harris County, Texas.

Respectfully submitted,

BURFORD PERRY, LLP

By:_____
Brent C. Perry
Texas Bar No. 15799650
700 Louisiana, Suite 4545
Houston, Texas  77002
(713) 401-9790
(713) 993-7739 Facsimile
bperry@burfordperry.com

ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of Defendants' Notice of Interlocutory Appeal has been served on the following counsel and individuals by electronic service on November 9, 2015.

**BY ELECTRONIC SERVICE**
Jay H. Dushkin
Law Offices of Jay H. Dushkin
4615 Southwest Freeway, Suite 600
Houston, TX 77027
jay@jaydushkin.com

_____
Brent C. Perry